|  |  |
|---|---|
| 1 | Honorable Christopher M. Alston |
|  | Hearing date: November 18, 2016; 9:30 a.m. |
| 2 | Hearing Place: Room 7206, 700 Stewart Street, Seattle, WA 98101 |
|  | Responses due by: November 10, 2016; by 4:30 p.m. |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | ) | Chapter 7 |
|---|---|---|
|  | ) | Bankruptcy No. 16-12940 |
| CREATURE LLC, | ) |  |
|  | ) | MOTION FOR AN ORDER |
| Debtor(s). | ) | AUTHORIZING SALE BY AUCTION |
|  | ) | FREE AND CLEAR OF LIENS AND |
|  | ) | INTERESTS |

COMES NOW Nancy James, being duly qualified and acting trustee, through counsel, The Livesey Law Firm, and Rory C. Livesey, and applies to this court as follows:

Among the personal property of the estate is a 1963 Volkswagen bus.

It is necessary in the administration of this estate that said property be sold at public auction. The trustee has, pursuant to an order entered herein, employed James G. Murphy, Inc., P.O. Box 82160, Kenmore, Washington, 98028 (425-486-1246), www.murphyauction.com, to conduct a public auction of the above-described property. The fee requested by the auctioneer is ten percent (10%) of the gross auction price plus those necessary expenses not to exceed $1,000. Any creditor who wants to be notified of the auction date must contact the auctioneer and request to be placed on the mailing list for the auction.

The sale will be free of all liens and interest, said liens and interests to attach to the proceeds of sale as though those proceeds were the property, said liens and interests to be satisfied from those proceeds.

**MOTION FOR ORDER AUTHORIZING**
**SALE BY AUCTION FREE AND CLEAR**
160930dMot  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 16-12940-CMA    Doc 67    Filed 10/05/16    Ent. 10/05/16 13:50:40    Pg. 1 of 2

1       WHEREFORE the trustee prays for an order authorizing the sale by auction of the above referenced personal property free and clear of liens and interests.

DATED this 5th day of October, 2016.

                      THE LIVESEY LAW FIRM

                      /S/ *Rory C. Livesey*

                      Rory C. Livesey, WSBA #17601
                      Attorneys for Trustee

**MOTION FOR ORDER AUTHORIZING
SALE BY AUCTION FREE AND CLEAR**
160930dMot Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 16-12940-CMA    Doc 67    Filed 10/05/16    Ent. 10/05/16 13:50:40    Pg. 2 of 2